UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIETTE DAVIS, | ) |
|     Plaintiff, | ) |
|         v. | )    Civil Action No. 07-1260 (RBW) |
| DISTRICT OF COLUMBIA, | ) |
|     Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, by counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including August 24, 2007, to file its response to plaintiff's Complaint, currently due on August 6, 2007. As grounds for said request, the undersigned states that she will be out of the office from July 26, 2007, till August 3, 2007, and will have insufficient time upon her return to investigate the allegations contained in the Complaint and prepare a response. Plaintiff has consented to this extension of time and will not be prejudiced by the delay.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

July 25, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIETTE DAVIS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1260 (RBW) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. FED. R. CIV. P. 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiff's consent to this motion.

          Respectfully submitted,

          LINDA SINGER
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General, Civil Litigation Division

          /s/ Edward P. Taptich
          EDWARD P. TAPTICH [012914]
          Chief, Equity, Section 2

          /s/ Maria L. Merkowitz
          MARIA L. MERKOWITZ [312967]
          Senior Litigation Counsel
          441 4th Street, N.W.
          Sixth Floor South
          Washington, DC 20001
          (202) 442-9842
          FAX  -  (202) 727-3625
          E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIETTE DAVIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1260 (RBW) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File a Response to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendant's Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including August 24, 2007, in which to file its response to Plaintiff's Complaint.

_____ ____

United States District Court Judge

4