UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Julette Davis,  )
  )
       Plaintiff,  )
  )  Civil Action No. 07-1260(RBW)
       v.  )
District of Columbia,  )
  )
       Defendant.  )

## NOTICE OF WITHDRAWAL OF MOTION AND REPLY

The Defendant, by counsel, hereby withdraws its Motion to Dismiss, filed on August 24, 2007, and its Reply, filed September 11, 2007.

       Respectfully submitted,

       LINDA SINGER
       Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General, Civil Litigation Division

       /s/ Edward P. Taptich
       EDWARD P. TAPTICH [012914]
       Chief, Equity, Section 2

       /s/ Maria L. Merkowitz
       MARIA L. MERKOWITZ [312967]
       Senior Litigation Counsel
       441 4th Street, N.W.,   Sixth Floor North
       Washington, DC 20001
       (202) 442-9842
       FAX  -  (202) 727-3625
       E-mail – maria.merkowitz@dc.gov

October 23, 2007