UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Julette Davis,<br><br>      Plaintiff,<br><br>      v.<br><br>District of Columbia,<br><br>      Defendant. | )<br>)<br>)<br>)   Civil Action No. 07-1260(RBW)<br>)<br>)<br>) |

ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1. The allegations contained in paragraph numbered 1 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

2. Defendant admits the existence of the statutory authorities alluded to in paragraph numbered 2, but deny that jurisdiction and/or venue are necessarily authorized or proper solely by reason thereof.

3. Defendant admits a Due Process hearing was held on March 29, 2007, and concluded on April 5, 2007. The Hearing Officer's Determination (HOD) speaks for itself.

4. Defendant admits JD is a twelve-year old boy. Defendant is without sufficient knowledge to admit or deny the remaining allegations contained in paragraph numbered 4.

5-7. Defendant admits the allegations contained in paragraphs numbered 5 through 7.

8. The allegations contained in paragraph numbered 8 are a characterization of the March 6, 2002 psycho-educational evaluation. The evaluation speaks for itself.

9. The allegations contained in paragraph numbered 9 are a characterization of the March 10, 2003 Functional Behavioral Assessment. The assessment speaks for itself.

10. Defendant admits the allegations contained in paragraph numbered 10.

11. The allegations contained in paragraph numbered 11 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

12. Defendant admits the allegations contained in paragraph numbered 12.

13. The allegations contained in paragraph numbered 13 are denied.

14. Defendant admits the allegations contained in paragraph numbered 14.

The allegations contained in paragraphs numbered 15 - 18 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

15-18. The allegations contained in paragraphs numbered 15-19 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

19. Defendant admits the allegations contained in paragraph numbered 19.

20. The allegations contained in paragraph numbered 20 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

21. Defendant incorporates by reference its answers to paragraphs numbered 1 through 20.

22-24.  The allegations contained in paragraph numbered 23-24 are conclusions of law and of the pleader to which no response is required. If a response is required, then the same are denied.

25.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 24.

26. – 28.  The allegations contained in paragraphs numbered 26 - 28 are conclusions of law and of the pleader to which no response is required. If a response is required, then the same are denied.

Further answering the complaint, defendant denies all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies on all pertinent issues.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the applicable statute of limitations or laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's right to attorney fees and costs is strictly limited.

Respectfully submitted,

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity Section 2


        /s/ Maria Merkowitz
        MARIA MERKOWITZ, [312967]
        Senior Assistant Attorney General
        Equity Division
        441 4th Street, N.W., 6S
        Washington, D.C. 20001
        (202)442-9842
        Fax – (202) 727-3625
        Email–maria.merkowitz@dc.gov


October 23, 2007